UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AGWU MONG, <br><br> **Plaintiff,** <br><br> v. <br><br> C.H. ROBINSON COMPANY, INC., and SURESTAFF, INC., <br><br> **Defendants.** | Case No.: **1:22-cv-07278** <br><br> **Judge Andrea Robin Wood** |

### NOTICE OF FILING DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that Nathan C. Volheim, Esq. of the law firm Sulaiman Law Group, Ltd., and pursuant to this Court's Order entered on July 26, 2023, hereby notifies the Court of the filing of Nathan C. Volheim's Declaration for Motion to Withdrawal attached hereto as Exhibit "A."

Dated this 8th day of August, 2023.

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(331) 272-8010
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.